UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JP MORGAN CHASE BANK, N.A.,
    Plaintiff,

v.                                    Case No: 6:17-cv-1259-Orl-18GJK

MACHINERY & PARTS EXPORT, LLC,
JOSEF POWELL and RICHARD M.
POWELL,
    Defendants.

## ORDER

This cause came on for consideration on Plaintiff JPMorgan Chase Bank, N.A.'s Motion for Attorneys' Fees and Costs (the "Motion") (Doc. 33), to which no response was filed. On October 29, 2018, the United States Magistrate Judge submitted a report recommending that the Motion be granted (the "Report and Recommendation") (Doc. 36).

Having reviewed the Report and Recommendation (Doc. 36), and there being no timely objections filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 36) is approved and adopted and is made part of this Order for all purposes, including appellate review.

2. Plaintiff JPMorgan Chase Bank, N.A.'s Motion for Attorneys' Fees and Costs (Doc. 33) is **GRANTED** to the extent provided in the Report and Recommendation (Doc. 36).

3. Plaintiff JPMorgan Chase Bank, N.A. is awarded **$10,298.00** in attorneys' fees against Defendants Machinery & Parts Export, LLC, Josef Powell, and Richard M. Powell. The Clerk of Court is directed to **ENTER JUDGMENT** accordingly.

**DONE AND ORDERED** at Orlando, Florida, this ___ day of November, 2018.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record